# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BidClerk, Inc.,

                  Plaintiff,

vs.

Reed Business Information, a division of
Reed Elsevier, Inc.,

                  Defendant.

**Civil No. 10-CV-4104 PJS/SRN**

**<u>NOTICE OF DISMISSAL</u>**

To:    Defendant Reed Business Information, a division of Reed Elsevier, Inc. and its attorneys William N. Withrow, Jr. and Charles R. Burnett of Troutman Sanders, Bank of America Plaza, 600 Peachtree Street, NE, Suite 5200, Atlanta, GA 30308 and Richard Mark and Scott M. Flaherty of Briggs and Morgan, P.A., 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402.

        WHEREAS, the parties have resolved their dispute; and,

        WHEREAS, defendant Reed Business Information, a division of Reed Elsevier,

Inc., has not yet served an answer or motion for summary judgment.

        NOW THEREFORE, plaintiff BidClerk, Inc., pursuant to F. R. Civ. P.

2

41(a)(1)(A)(i), hereby dismisses this action with prejudice and without fees or costs to

any party.


Dated:  November 10, 2010                    FAEGRE & BENSON LLP



 s/Randall E. Kahnke
Randall E. Kahnke, (#202745)
Christina C. Semmer, (#390505)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF
BIDCLERK, INC.**

fb.us.5787912.04