UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BIDCLERK, INC.                                  Civil No. 10-CV-4104 (PJS/SRN)

      Plaintiff,

v.                                              ORDER OF DISMISSAL

REED BUSINESS INFORMATION,

      Defendant.

---

Based upon the Notice of Dismissal filed by plaintiff on November 10, 2010 [Civil Docket No. 11],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: November 11, 2010                     s/Patrick J. Schiltz
                                                      Patrick J. Schiltz
                                                      United States District Judge